NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RUDOLPH V. MILLER,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

———————————

2022-1240

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-3163, Judge Joseph L. Falvey, Jr..

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                             MILLER v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                    FOR THE COURT

May 31, 2022
     Date                           /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** May 31, 2022